UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 11-cr-00307-MSK

UNITED STATES OF AMERICA,

       Plaintiff,

v.

1.  WILLIAM MORRIS WILLIAMS,

       Defendant.

---

### ORDER AND NOTICE OF CHANGE OF PLEA AND SENTENCING HEARINGS

---

THIS MATTER comes before the Court following the filing of a Notice of Disposition

**(#14)** on August 26, 2011, by Defendant.  The Court construes this Notice as a motion to change

his plea and to have the Court consider the terms of the parties' plea agreement.

     **IT IS THEREFORE ORDERED** that:

1.     Pursuant to 18 U.S.C. § 3161(h)(1)(F) and (I), the speedy trial clock is tolled

     pending determination of those matters.

2.     A Change of Plea hearing is set for **September 27, 2011,** at **11:00 a.m.** and a

     Sentencing hearing is set for **December 19, 2011**, at **9:00 a.m.** in the United

     States District Court for the District of Colorado, Courtroom A901, Alfred A.

     Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado.[1]

Dated this 26th day of August, 2011.

---

[1]  In criminal cases originating from the Grand Junction or Durango Jury Divisions of this Court, counsel shall be prepared to advise the Court at the time of the change of plea hearing whether a written request to have the sentencing hearing conducted at the courthouse in either  Grand Junction or Durango will be filed. *See Administrative Order 2007-8.*

**BY THE COURT:**

Marcia S. Krieger
United States District Judge